# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-3060-CV-S-DW-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's motion for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $4,685.67 (Doc. 18). Defendant does not oppose the motion, but has filed a response indicating that the parties have agreed to an alternate award, in the amount of $4,383.57. For good cause shown, and after determining that the amount requested is reasonable, the Court GRANTS the motion and awards Plaintiff $4,383.57 in attorney fees and expenses, as provided for under the EAJA.

IT IS SO ORDERED.

Date: March 24, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court